**ORDERED.**

**Dated: April 21, 2011**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-08194

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kazi Nea-E Haque and Yakoot Begum<br>      Debtors.<br>_____<br>U.S. Bank, National Association<br><br>      Movant,<br>vs.<br><br>Kazi Nea-E Haque and Yakoot Begum, Debtors;<br>Stanley J. Kartchner, Trustee.<br><br>      Respondents | No. 4:10-bk-35990-EWH<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #35) |

      On this day came on for consideration, U.S. Bank, National Association, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

      IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

      77 North Sierra Circle
      Casa Grande AZ 85222

and legally described as:

Lot Fifty-two (52), PARKVIEW AT SIERRA RANCH, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet A of Maps, Slide 182 and thereafter corrected by Declaration of Scrivener's Error recorded in Docket 1416, page 629.